**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HARRISON COUNTY, MISSISSIPPI,　　：
MAGNOLIA REGIONAL HEALTH　　　：
CENTER, AND CULLMAN　　　　　　：
REGIONAL MEDICAL CENTER,　　　：
INC., ON BEHALF OF THEMSELVES　：
AND ALL OTHERS SIMILARLY　　　：
SITUATED　　　　　　　　　　　　：　　　Case No. 16-cv-02382 (JHL)
　　　　　　　　　　　　　　　　　：
　　　　　　　　Plaintiff,　　　　：
　　　　v.　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　：
BANK OF AMERICA　　　　　　　　：
CORPORATION, *et al*.　　　　　　：
　　　　　　　　　　　　　　　　　：
　　　　　　　　Defendant.　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendants The

Goldman Sachs Group, Inc. ("GS Group"), Goldman, Sachs & Co., Goldman Sachs Bank USA,

Goldman Sachs Financial Markets, L.P. and Goldman Sachs International, by their undersigned

counsel, certify as follows:

GS Group is a corporation organized under the laws of Delaware, and its shares

are publicly traded on the New York Stock Exchange.  GS Group has no parent corporation,

and, based on publicly available filings by third parties, the only publicly-traded companies

known by GS Group to own 5 percent or more of the common stock of GS Group are State

Street Corporation and Blackrock, Inc.

Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P. and Goldman

Sachs International are direct or indirect, wholly-owned subsidiaries of GS Group.  Goldman,

Sachs & Co. also is an indirect, wholly-owned subsidiary of GS Group except for *de minimis* non-voting, non-participating interests held by unaffiliated broker-dealers.

Dated: March 24, 2016
New York, New York

Respectfully submitted,

/s/ Robert Y. Sperling

Richard C. Pepperman II
Bradley P. Smith
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.com
geigerm@sullcrom.com

*Of counsel*

Robert Y. Sperling
Joseph L. Motto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-7941
Fax:  (312) 558-5700
rsperling@winston.com
jmotto@winston.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P. and Goldman Sachs International*

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Phone: +1 (202) 282-5000
Fax: +1 (202) 282-5100
epapez@winston.com

*Of counsel*

## **Certificate of Service**

I hereby certify that a true and correct copy of the above document is being served by electronic mail to the designated counsel of record for Plaintiffs in the above-captioned action on this 24th day of March, 2016.

WINSTON & STRAWN LLP

By: /s/ Robert Y. Sperling _____